IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY J. WILLIBY,             )<br>                                             )<br>       Petitioner,               )<br>                                             )<br>   vs.                                   )<br>                                             )<br>TOM L. CAREY, Warden,  )<br>                                             )<br>       Respondent.          )<br>_____) | No. C 02-3628 JSW (PR)<br><br>**ORDER GRANTING**<br>**EXTENSION OF TIME TO**<br>**FILE NOTICE OF APPEAL**<br><br>(Docket no. 34) |

Petitioner filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. On March 17, 2003, the Court ordered Respondent to show cause why a writ should not issue. Respondent filed an answer on July 24, 2003. Petitioner filed a traverse on September 30, 2003. On September 20, 2005, the Court entered an order and judgment denying the petition on the merits.

On October 18, 2005, Petitioner filed a request for an extension of time to file his Notice of Appeal and his request for a certificate of appealability. For good cause shown, Petitioner's request for an extension of time is GRANTED (docket no. 34). Petitioner shall file the Notice of Appeal and motion seeking a certificate of appealability within **ten (10) days** of the date of this order. Fed. R. App. Proc. 4(a)(5)(C).

DATED: November 16, 2005

_____
JEFFREY S. WHITE
United States District Judge